## MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS

I, **John R. Demos**, am the petitioner in the above-entitled case; in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor and believe I am entitled to redress:

The responses, which I have made to questions and instructions below, are true.

1. Are you presently employed?   Yes ( )   No (X)
   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
   
   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month, which you receive. **Last Employed 7-15-1988, I Grossed Approximatly $400.00 A Month**

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ( )   No (X)
   b. Rent payments, interest or dividends?   Yes ( )   No (X)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (X)
   d. Gifts or inheritances?   Yes ( )   No (X)
   e. Any other sources?   Yes ( )   No (X)

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have any money in a checking or savings account?   Yes (X)   No ( )
   (Include any funds in prison accounts)   If the answer is yes, state the total value of the accounts: **$139.00**

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ( )   No (X)
   If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   **I have No dependents**

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury, and I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of ~~January~~ April, ~~2021~~ ~~2022~~ 4-19-2022

**John R. Demos** 6-6-2022
Signature of Plaintiff

| 09/20/2021 | Department of Corrections | PAGE: 01 OF 01 |
|---|---|---|
| MLPERKINS | WASHINGTON STATE PENITENTIARY | OIRPLRAR |
| E01 [188-BA1011] | | 10.2.1.18 |

**PLRA IN FORMA PAUPERIS STATUS REPORT**
**FOR DEFINED PERIOD : 02/28/2021   TO   08/31/2021**

| DOC#: | 0000287455 | NAME: DEMOS JOHN | ADMIT DATE: | 07/18/1978 |
|---|---|---|---|---|
| DOB: | 08/04/1952 | | ADMIT TIME: | 00:01 |

| AVERAGE MONTHLY RECEIPTS | 20% OF RECEIPTS | AVERAGE SPENDABLE BALANCE | 20% OF SPENDABLE |
|---|---|---|---|
| 30.81 | 6.16 | 5.12 | 1.02 |

```
04/15/2022 09:12                Department of Corrections              Page    1 Of    67
AE1_BANK_STATI            WASHINGTON STATE PENITENTIARY                       OTRTASTB
                          T R U S T   A C C O U N T   S T A T E M E N T    6.03.1.0.1.9


DOC#    0000287455   Name: DEMOS, JOHN R                              BKG#   212
LOCATION:   E01-188-BA1011
```

Account Balance Today (   04/15/2022   )   Current :           429.23
                                            Hold    :             0.00
                                            Total   :           429.23

Account Balance as of   04/15/2022                     429.23

                              03/15/2022      04/15/2022

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| SAVINGS BALANCE | 404.73 | 404.73 |
| EDUCATION ACCOUNT | 0.00 | 0.00 |
| POSTAGE ACCOUNT | 0.00 | 0.00 |
| MEDICAL ACCOUNT | 0.00 | 0.00 |
| WORK RELEASE SAVINGS | 0.00 | 0.00 |
| COMM SERV REV FUND ACCOUNT | 0.00 | 0.00 |
| SPENDABLE BAL | 52.13 | 24.50 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| MEDD | MEDICAL COPAY DEBT | 03052001 | 12.00 | 33.00 | 0.00 |
| LMD | LEGAL MAIL DEBT - SPENDABLE SUBACCT | 03282006 | 14.40 | 0.00 | 0.00 |
| IDTD | ID TAG DEBT | 02132012 | 3.00 | 0.00 | 0.00 |
| COPD | COPY COSTS DEBT | 11041999 | 1401.18 | 0.00 | 0.00 |
| PLRA13 | US DISTRICT COURT FILING FEE 13 | 4:19-CV-862 | 472.53 | 32.47 | 0.00 |
| EDCD | EASTERN DISTRICT COURT DEBT | CC99-1412P | 0.00 | 0.00 | 0.00 |
| EDCD | EASTERN DISTRICT COURT DEBT | 04092000 | 0.00 | 153.63 | 0.00 |
| POSD | POSTAGE DEBT | 08032009 | 1.76 | 0.00 | 0.00 |
| USDCND | US D.C FOR DIST OF NEBRASKA DEBT | 4:03CV3371 | 0.00 | 150.00 | 0.00 |
| PLRA9 | US DISTRICT COURT FILING FEE 9 | MC05-0069 | 0.00 | 250.00 | 0.00 |
| TVRTD | TV RENTAL FEE DEBT | 01162004 | 0.00 | 27.47 | 0.00 |
| COPD | COPY COSTS DEBT | 10272003 | 524.16 | 0.00 | 0.00 |
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 88064-6 | 200.00 | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 04092000-2 | 0.00 | 5.39 | 0.00 |
| DEND | DENTAL COPAY DEBT | 01222003 | 0.00 | 9.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 11182002 | 148.05 | 4.04 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000-2 | 244.50 | | 0.00 |
| COIS | COST OF INCARCERATION | 09011999/07112000 | UNLIMITED | 747.80 | 0.00 |
| PLRA4 | US DISTRICT COURT FILING FEE 4 | 04092000-1 | 3271.70 | | 0.00 |
| POSD | POSTAGE DEBT | 04092000 | 397.25 | | 0.00 |
| CVC | CRIME VICTIM COMPENSATION | 09011999 | UNLIMITED | 159.61 | 0.00 |
| TVD | TV CABLE FEE DEBT | 11092002 | 0.00 | 7.86 | 0.00 |
| MHD | MENTAL HEALTH COPAY DEBT | 08272014 | 39.55 | 0.00 | 0.00 |

```
04/15/2022 09:12              Department of Corrections              Page    2 Of   67
AE1_BANK_STATI             WASHINGTON STATE PENITENTIARY                     OTRTASTB
                          T R U S T   A C C O U N T   S T A T E M E N T     6.03.1.0.1.9


DOC#    0000287455     Name: DEMOS, JOHN R                         BKG#   212
LOCATION:   E01-188-BA1011
```

## DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| SPOSD | SAPOS POSTAGE DEBT | 05142013 | 353.60 | 21.60 | 0.00 |
| HYGA | INMATE STORE DEBT | 02012001 | 108.11 | 17.00 | 0.00 |
| POSD | POSTAGE DEBT | 08262003 | 72.61 | 0.00 | 0.00 |
| PLRA10 | US DISTRICT COURT FILING FEE 10 | CIV-S-05-245 | 10.96 | 218.41 | 0.00 |
| COPD | COPY COSTS DEBT | 05222001 | 228.08 | 0.00 | 0.00 |
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 84094-6 | 0.00 | 200.00 | 0.00 |
| LMD | LEGAL MAIL DEBT - SPENDABLE SUBACCT | 08112003 | 1315.36 | 0.00 | 0.00 |
| NDCD | WESTERN WA NINTH CIRCUIT COURT DEBT | 04092000 | 0.00 | | 0.00 |
| DEND | DENTAL COPAY DEBT | 04092000-1 | 0.00 | 3.00 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000-3 | 299.18 | | 0.00 |
| WDCD | WESTERN DISTRICT COURT DEBT | 04092000 | 0.00 | 378.10 | 0.00 |
| SPOSD | SAPOS POSTAGE DEBT | 05052014 | 8.25 | 0.00 | 0.00 |
| WRBD | WR ROOM AND BOARD DEBT | 04092000 | 0.00 | 161.83 | 0.00 |
| PLRA2 | US DISTRICT COURT FILING FEE 2 | 04092000 | 1451.44 | | 0.00 |
| LMD | LEGAL MAIL DEBT - SPENDABLE SUBACCT | 09202012 | 499.54 | 0.00 | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 04092000-1 | 0.00 | 8.42 | 0.00 |
| TVD | TV CABLE FEE DEBT | 08082009 | 0.00 | 2.00 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000 | 438.95 | | 0.00 |
| SPOSD | SAPOS POSTAGE DEBT | 08202013 | 78.00 | 5.40 | 0.00 |
| OTCD | OVER THE COUNTER MEDS DEBT | 09272018 | 40.57 | 0.00 | 0.00 |
| EL | ESCORTED LEAVE | 09-2011 | UNLIMITED | 0.00 | 0.00 |
| UPSD | PERSONAL PROPERTY POSTAGE DEBT | 04242001 | 0.42 | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 04092000 | 0.00 | 60.65 | 0.00 |
| POSD | POSTAGE DEBT | 04092000-1 | 789.22 | | 0.00 |
| MHD | MENTAL HEALTH COPAY DEBT | 11252013 | 4.00 | 0.00 | 0.00 |
| PLRA6 | US DISTRICT COURT FILING FEE 6 | 02CV076-1-MU | 0.00 | 150.00 | 0.00 |
| PLRA14 | US DISTRICT COURT FILING FEE 14 | 4:20-CV-5062 | 350.00 | 0.00 | 0.00 |
| POSD | POSTAGE DEBT | 12031999 | 110.39 | 11.17 | 0.00 |
| CVCS | CRIME VICTIM COMPENSATION/07112000 | 09011999 | UNLIMITED | 187.44 | 0.00 |
| HYGA | INMATE STORE DEBT | 01092014 | 95.68 | 15.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 01092014 | 8.00 | 0.00 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 01032014 | 28.59 | 0.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 08052003 | 1347.09 | 46.77 | 0.00 |
| POSD | POSTAGE DEBT | 04092000-2 | 1154.34 | | 0.00 |
| DEND | DENTAL COPAY DEBT | 04092000 | 4.00 | 9.00 | 0.00 |
| LMD | LEGAL MAIL DEBT - SPENDABLE SUBACCT | 07072000 | 2625.46 | 0.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 04092000 | 191.00 | 43.04 | 0.00 |
| MHD | MENTAL HEALTH COPAY DEBT | 01162014 | 4.00 | 0.00 | 0.00 |

```
04/15/2022 09:12                Department of Corrections              Page    3 Of    67
AE1_BANK_STAT1              WASHINGTON STATE PENITENTIARY                     OTRTASTB
                           T R U S T   A C C O U N T   S T A T E M E N T     6.03.1.0.1.9


DOC#    0000287455    Name: DEMOS, JOHN R                        BKG#   212
LOCATION:   E01-188-BA1011
```

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 86681-3 | 0.00 | 200.00 | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 04092000 | 29.46 | 26.32 | 0.00 |
| HYGA | INMATE STORE DEBT | 02202001 | 552.53 | 19.32 | 0.00 |
| PLRA12 | US DISTRICT COURT FILING FEE 12 | 8:18-cv-0103 | 454.59 | 50.41 | 0.00 |
| POSD | POSTAGE DEBT | 04092000-3 | 603.41 | | 0.00 |
| EDCMD | US D.C. FOR E. DIST OF MICHIGAN DEBT | 03-CV-60222- | 0.00 | 75.29 | 0.00 |
| WDCWD | US D.C. FOR W. DIST. OF WISCONSIN DEBT | 03-3947 | 0.00 | 229.71 | 0.00 |
| TVD | TV CABLE FEE DEBT | 04092000-1 | 0.00 | 0.50 | 0.00 |
| TVD | TV CABLE FEE DEBT | 01112014 | 0.00 | 2.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 03102001 | 0.00 | 8.50 | 0.00 |
| LMD | LEGAL MAIL DEBT - SPENDABLE SUBACCT | 07202009 | 59.58 | 0.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 08022004 | 0.00 | 18.00 | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 08102007 | 14.46 | 9.40 | 0.00 |
| TVD | TV CABLE FEE DEBT | 08092003 | 0.00 | 21.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 02142000 | 0.00 | 3.00 | 0.00 |
| POSD | POSTAGE DEBT | 09011999 | 0.00 | 20.47 | 0.00 |
| USDCAD | US D.C. FOR E. DIST OF CA | CIV-S-05-245 | 0.00 | 20.63 | 0.00 |
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 88145-6 | 111.40 | 88.60 | 0.00 |
| PLRA1 | US DISTRICT COURT FILING FEE 1 | C99-1412P | 0.00 | 3.72 | 0.00 |
| PLRA3 | US DISTRICT COURT FILING FEE 3 | 04092000 | 86.37 | | 0.00 |
| LMD | LEGAL MAIL DEBT - SPENDABLE SUBACCT | 04162002 | 131.05 | 0.00 | 0.00 |
| POSD | POSTAGE DEBT | 01222014 | 14.06 | 0.00 | 0.00 |
| DEND | DENTAL COPAY DEBT | 10172002 | 0.00 | 3.00 | 0.00 |
| USDCI | US D.C. FOR N. DIST OF ILLINOIS | 05-C-7019 | 0.00 | 0.00 | 0.00 |
| COPD | COPY COSTS DEBT | 06132002 | 17.60 | 0.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 04032000 | 1630.77 | 68.95 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 04092000-1 | 7.00 | 38.73 | 0.00 |
| POSD | POSTAGE DEBT | 04092000-4 | 135.45 | | 0.00 |
| SPOSD | SAPOS POSTAGE DEBT | 01092014 | 39.30 | 2.75 | 0.00 |
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 86537-0 | 0.00 | 200.00 | 0.00 |
| WDCWD | US D.C. FOR W. DIST. OF WISCONSIN DEBT | 03-C-594-S | 0.00 | 150.00 | 0.00 |
| OTCD | OVER THE COUNTER MEDS DEBT | 12072015 | 690.58 | 1.65 | 0.00 |
| WDCD | WESTERN DISTRICT COURT DEBT | MC05-0069 | 0.00 | 0.00 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 01242004 | 8.80 | 0.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 02062003 | 19.60 | 3.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 12121999 | 0.00 | 2.50 | 0.00 |
| NDCD | WESTERN WA NINTH CIRCUIT | 04092000-1 | 0.00 | 163.30 | 0.00 |

```
04/15/2022 09:12              Department of Corrections                 Page    4 Of    67
AE1_BANK_STATI             WASHINGTON STATE PENITENTIARY                      OTRTASTB
                           T R U S T   A C C O U N T   S T A T E M E N T     6.03.1.0.1.9


DOC#    0000287455    Name: DEMOS, JOHN R                           BKG#   212
LOCATION:  E01-188-BA1011
```

## DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| | COURT DEBT | | | | |
| LMD | LEGAL MAIL DEBT - SPENDABLE SUBACCT | 01222014 | 99.37 | 0.00 | 0.00 |
| PLRA11 | US DISTRICT COURT FILING FEE 11 | 05-C-7019 | 195.01 | 54.99 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000-4 | 94.85 | | 0.00 |
| COPD | COPY COSTS DEBT | 04082003 | 18.80 | 0.00 | 0.00 |
| EYEGD | EYEGLASS REPAIR/REPLCMNT DEBT | 04032019 | 32.79 | 0.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 04122002 | 79.71 | 0.00 | 0.00 |
| PLRA5 | US DISTRICT COURT FILING FEE 5 | 04092000 | 0.00 | 236.94 | 0.00 |
| COPD | COPY COSTS DEBT | 08042009 | 14.00 | 0.00 | 0.00 |
| LFO | LEGAL FINANCIAL OBLIGATIONS | 19991105 | 0.00 | 30.00 | 0.00 |
| WDCD | WESTERN DISTRICT COURT DEBT | C99-1412P | 0.00 | 29.50 | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 04092000-2 | 3.00 | 5.75 | 0.00 |
| COI | COST OF INCARCERATION | 09011999 | UNLIMITED | 99.49 | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000-1 | 1981.74 | | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 04092000-2 | 0.00 | 12.00 | 0.00 |
| PLRA7 | US DISTRICT COURT FILING FEE 7 | 03-3947 | 0.00 | 25.29 | 0.00 |
| PLRA8 | US DISTRICT COURT FILING FEE 8 | 03-CV-60222- | 0.00 | 74.71 | 0.00 |
| WDCD | WESTERN DISTRICT COURT DEBT | C99-0354WD | 0.00 | 300.00 | 0.00 |
| TIPND | TELEPHONE IPIN DEBT | 05012015 | 5.06 | 0.00 | 0.00 |
| HYGA | INMATE STORE DEBT | 07272009 | 129.24 | 27.48 | 0.00 |
| WDCD | WESTERN DISTRICT COURT DEBT | 02CV076-1-MU | 0.00 | 0.00 | 0.00 |
| CSAF | COSTS, SANCTIONS, AND ATTORNEY FEES | 85040-2 | 0.00 | 200.00 | 0.00 |

| | TRANSACTION DESCRIPTIONS -- | | SAVINGS BALANCE SUB-ACCOUNT | | |
|---|---|---|---|---|---|
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | | BALANCE |
| | TRANSACTION DESCRIPTIONS -- | | EDUCATION ACCOUNT SUB-ACCOUNT | | |
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | | BALANCE |
| | TRANSACTION DESCRIPTIONS -- | | POSTAGE ACCOUNT SUB-ACCOUNT | | |
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | | BALANCE |
| | TRANSACTION DESCRIPTIONS -- | | MEDICAL ACCOUNT SUB-ACCOUNT | | |
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | | BALANCE |
| | TRANSACTION DESCRIPTIONS -- | | WORK RELEASE SAVINGS SUB-ACCOUNT | | |
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | | BALANCE |
| | TRANSACTION DESCRIPTIONS -- | | COMM SERV REV FUND ACCOUNT SUB-ACCOUNT | | |

```
04/15/2022 09:12            Department of Corrections            Page    5 Of    67
AE1_BANK_STATI           WASHINGTON STATE PENITENTIARY                  OTRTASTB
                         TRUST  ACCOUNT  STATEMENT                    6.03.1.0.1.9


DOC#    0000287455   Name: DEMOS, JOHN R                       BKG#   212
LOCATION:  E01-188-BA1011
```

| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| | TRANSACTION DESCRIPTIONS -- | | SPENDABLE BAL  SUB-ACCOUNT | |
| DATE | TRANSACTION DESCRIPTION | RECEIPT# | TRANSACTION AMT | BALANCE |
| 03/23/2022 | LEGAL MAIL | | ( 4.32) | 47.81 |
| 03/24/2022 | CRS SAL ORD #12082323 | | ( 37.36) | 10.45 |
| 03/24/2022 | HOLD COPIES P-26076 | | ( 3.15) | 7.30 |
| 03/24/2022 | HOLD POSTAGE P-26076 | | ( 1.60) | 5.70 |
| 03/25/2022 | Remove Hold P-26076 | | 1.60 | 7.30 |
| 03/25/2022 | Remove Hold P-26076 | | 3.15 | 10.45 |
| 03/25/2022 | COPIES P-26076 | | ( 3.15) | 7.30 |
| 03/25/2022 | POSTAGE P-26076 | | ( 1.60) | 5.70 |
| 04/07/2022 | CRS SAL ORD #12099164 | | ( 5.66) | 0.04 |
| 04/08/2022 | GPINTERF: Class III Gratuity, TXN_DATE 04/08/2022, NET_AMOUNT 2520 | | 25.20 | 25.24 |
| 04/08/2022 | Deductions-CVC-09011999 D D | | ( 0.24) | 25.00 |
| 04/09/2022 | I05 - TV CABLE FEE | | ( 0.50) | 24.50 |